### C. M. WHITEHEAD v. THE STATE.

No. 3188. Decided June 24, 1914.

**Unlawfully Cutting Timber—Statement of Facts.**

Where, upon appeal from a misdemeanor, the statement of facts and bills of exceptions were not filed in time in the court below, they must be stricken from the record. Following Durham v. State, 69 Texas Crim. Rep., 71, and other cases.

Appeal from a conviction of unlawfully cutting timber on the land of another; penalty, a fine of $10.

The opinion states the case.

*J. W. Minton,* for appellant.

*C. E. Lane,* Assistant Attorney General, and *A. M. Huffman,* County Attorney, for the State.

PRENDERGAST, PRESIDING JUDGE.—Appellant was convicted for unlawfully cutting timber on the land of another and fined $10.

What purports to be a statement of facts, and bills of exceptions were not filed until nearly ninety days after the court, at which appellant was tried, adjourned. The State makes a motion to strike them out on that account, which is granted. Durham v. State, 69 Texas Crim. Rep., 71, 155 S. W. Rep., 222; DeFriend v. State, 69 Texas Crim. Rep., 329, 153 S. W. Rep., 881; Stephens v. State, 158 S. W. Rep., 531-532; Wilson v. State, 71 Texas Crim. Rep., 547, 160 S. W. Rep., 454; Hampton v. State, 72 Texas Crim. Rep., 189, 161 S. W. Rep., 966; Newsome v. State, 72 Texas Crim. Rep., 453, 162 S. W. Rep., 891, and a great many other cases. There is no question raised which can be considered in the absence of a statement of facts.

The judgment is therefore affirmed.

*Affirmed.*